UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Nichole Lowry <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 16-35608 <br><br> Chapter: 13 <br> Honorable A. Benjamin Goldgar <br> Lake County |

## ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to defer the current trustee default to the end of the Plan, and

2. The Plan Base remains $62,635.

Enter:

United States Bankruptcy Judge

Dated: **2 9 SEP 2017**

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko